**EXHIBIT A**

CAUSE NO. 2015-CVF-003233 D3

| | | |
|---|---|---|
| DORA ALCORTA, <br> Plaintiff, | § § § § | IN THE DISTRICT COURT OF |
| vs. | § § | WEBB COUNTY, TEXAS |
| STATE FARM LLOYDS, FELIPE FARIAS AND STEVEN T. DOBBINS, <br> Defendants. | § § § § | 341ST JUDICIAL DISTRICT |

## ORDER GRANTING PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AND FOR ORDER ALLOCATING SETTLEMENT FUNDS

Having considered *Plaintiff's Motion to Enforce Settlement and for Order Allocating Settlement Funds* ("Motion to Enforce/Allocate"), the response(s) thereto, and the arguments of counsel as allowed, the Court hereby finds that Plaintiff's Motion to Enforce/Allocate should be granted; it is therefore,

ORDERED that *Plaintiff's Motion to Enforce Settlement and for Order Allocating Settlement Funds* is hereby GRANTED in its entirety.

SIGNED this __16__ day of __February__, 2016.

_____
JUDGE PRESIDING