**EXHIBIT B**

CAUSE NO. C-2870-14-D

| | | |
|---|---|---|
| SILVESTRE J. GONZALES AND NORMA GONZALES<br>Plaintiffs, | § § § § | IN THE DISTRICT COURT |
| VS. | § § | HIDALGO COUNTY, TEXAS |
| STATE FARM LLOYDS, RICHARD FREYMANN, SAM FLEMING, SYLVIA GARZA AND EVELYN DONALDSON<br>Defendants. | § § § § § § | 206TH JUDICIAL DISTRICT |

CAUSE NO. C-1588-15-A

| | | |
|---|---|---|
| JOSE L. GUTIERREZ AND MONICA CASANOVA<br>Plaintiffs, | § § § § | IN THE DISTRICT COURT |
| VS. | § § | HIDALGO COUNTY, TEXAS |
| STATE FARM LLOYDS AND MARK VASQUEZ<br>Defendants. | § § § § | 92ND JUDICIAL DISTRICT |

CAUSE NO. C-4155-14-E

| | | |
|---|---|---|
| JOSE HOMERO PONCE AND ANICETA PONCE<br>Plaintiffs, | § § § § | IN THE DISTRICT COURT |
| VS. | § § | HIDALGO COUNTY, TEXAS |
| STATE FARM LLOYDS, RICHARD FREYMANN AND RICHARD LEE WALLIS<br>Defendants. | § § § § § | 275TH JUDICIAL DISTRICT |

CAUSE NO. C-4734-14-G

| | | |
|---|---|---|
| JUAN DELAMORA AND | § | IN THE DISTRICT COURT |
| IMELDA TORRES | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | HIDALGO COUNTY, TEXAS |
| | § | |
| STATE FARM LLOYDS, | § | |
| RICHARD FREYMANN | § | |
| AND ROLANDO RENTERIA | § | |
| Defendants. | § | 370TH JUDICIAL DISTRICT |

## ORDER GRANTING
## PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT

On this day came to be considered Plaintiffs Motion to Enforce Settlement Agreement. The Court having considered said motion, responses and replies on file, the arguments of counsel and all the exhibits filed is hereby GRANTED.

It is therefore ORDERED and DECREED that Plaintiffs Motion to Enforce settlement is GRANTED.

Signed on the _____ day of _____, 2015.   9/24/2015

*(signed)* JUDGE ROSE G. REYNA

RGR/aog
CC:

Brian M. Chandler – bmc@ramey-chandler.com
Rene M. Sigman- msdocketefile@mostynlaw.com
Sofia Ramon – sramon@atlashall.com
Ray. Ortiz – ray@jao-law.com