**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **JOSE ERNESTO ELIZONDO,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 5:16-CV-00127** |
| | § | |
| **STATE FARM LLOYDS AND DAVID** | § | **JURY DEMAND** |
| **RODRIGUEZ,** | § | |
| *Defendants.* | § | |

**ORDER GRANTING PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AND
ALLOCATE SETTLEMENT FUNDS**

Having considered *Plaintiff's Motion to Enforce Settlement and Allocate Settlement Funds,*

("Motion to Enforce/Allocate")*,* the response(s) thereto, and the arguments of counsel as allowed,

the Court hereby finds that Plaintiff's Motion to Enforce/Allocate should be granted; it is

therefore,

ORDERED that *Plaintiff's Motion to Enforce Settlement and Allocate Settlement Funds* is

hereby GRANTED, and Defendants shall execute settlement, without delay, in a manner so that

no more than twenty percent (20%) of the total settlement proceeds are allocated to Plaintiff and

his mortgage company.

SIGNED this _____ day of _____, 2016.

_____
JUDGE PRESIDING